UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

JOHN DOES 1–50,

Defendants.

No. C18-1399 RSM

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR EXPEDITED DISCOVERY RELATING TO DEFENDANTS' IDENTITY

This matter comes before the Court on Plaintiff Amazon.com, Inc.'s ("Amazon") Motion for Expedited Discovery Relating to Defendants' Identity. Dkt. #3 Having reviewed the complaint and the papers filed in connection with this matter, the Court finds good cause to grant Amazon leave to conduct expedited discovery as follows:

Amazon is granted leave, prior to the Rule 26(f) conference, to serve Rule 45 subpoenas on the following companies solely for the purpose of obtaining account information that may help identify Defendants:

a) NameCheap, Inc. (the company that registered Defendants' domains looksafebro.com and googlaappla.com);

b) P.D.R. Solutions (U.S.), LLC (the company that registered Defendants' ".top" domains and unberllerclick.com);

ORDER GRANTING AMAZON'S MOTION FOR
EXPEDITED DISCOVERY (2:18-CV-01399) — 1
4834-3322-1746v.1 0051461-002010

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

  c) <u>Cloudflare, Inc.</u> (the company through which Defendants host looksafebro.com, unberllerclick.com and googlaappla.com);

  d) <u>Google, Inc.</u> (the company controlling the email address Defendants used to register their ".top" domains, carter@gmail.com);

  e) <u>Cisco Systems, Inc.</u> (the company Defendants used to host the subdomains mob.unberllerclick.com and us.looksafebro.com); and

  f) <u>Fluent, Inc.</u> (the company that runs the websites where Defendants direct victims).

Amazon is **not** granted leave at this time to serve additional Rule 45 subpoenas on other companies or individuals (e.g., banks, credit card companies, internet service providers, etc.) that may be discovered from the information possessed by the companies identified in the previous paragraph, and must seek such leave by filing a motion or motions with the Court.

DATED this 18th day of October 2018.

                _____
                RICARDO S. MARTINEZ
                CHIEF UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING AMAZON'S MOTION
FOR EXPEDITED DISCOVERY - 3
4834-3322-1746v.1 0051461-002010

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax