UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>HUANG TENGWEI, an individual; XIE WEIYONG, an individual; and ADSWING TECHNOLOGY, CO., LTD., a Hong Kong company,<br><br>Defendants. | No. C18-1399 RSM<br><br>ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR AUTHORIZATION FOR ELECTRONIC SERVICE OF PROCESS |

This matter comes before the Court on Plaintiff Amazon.com, Inc. ("Amazon")'s Motion for Authorization for Electronic Service of Process. Dkt. #12. The Court has reviewed the Motion and supporting documents, and the remainder of the record. The Court finds that service by email is permitted under the circumstances of this case, specifically where the foreign defendants are residing in China and plaintiff has been unable to ascertain physical addresses for service after a reasonable effort. *See Keck v. Alibaba.com, Inc.*, 2018 WL 3632160, at *3–4 (N.D. Cal. July 31, 2018); *Microsoft Corp. v. Gameest Int'l Network Sales Co.*, 2017 WL 4517103, at *2-3 (N.D. Cal. Oct. 10, 2017); *Chanel, Inc. v. Lin*, 2010 WL 2557503, at *3 n.3 (N.D. Cal. May 7, 2010); *Williams-Sonoma Inc. v. Friendfinder Inc.*, 2007

ORDER GRANTING AMAZON'S MOTION FOR
ELECTRONIC SERVICE — 1

WL 1140639, at *2 (N.D. Cal. Apr. 17, 2007). Amazon has otherwise demonstrated good cause to grant the Motion.

Given all of the above, the Court ORDERS that Amazon's Motion (Dkt. #12) is GRANTED. Amazon has leave under Federal Rule of Civil Procedure 4(f)(3) and (h)(2) to serve Defendants Huang Tengwei, Xie Weiyong, and Adswing Technology Co., Ltd. (collectively, "Defendants") with the First Amended Complaint, the Summons, and this Order by registered electronic mail to the following unique email addresses used by Defendants:

- 1165592@qq.com
- 263947523@qq.com
- 372318566@qq.com
- lily@adbays.com

Such service shall be made no later than **ten days** from the date of this Order.

DATED this 14th day of March 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE