UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

HUANG TENGWEI, an individual; XIE WEIYONG, an individual; and ADSWING TECHNOLOGY, CO., LTD., a Hong Kong company,

Defendants.

No. C18-1399 RSM

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION TO VACATE DEADLINES IN ORDER REGARDING INITIAL DISCLOSURES, JOINT STATUS REPORT AND EARLY SETTLEMENT (DKT. #19)

This matter comes before the Court on Amazon.com, Inc.'s ("Amazon") Motion to Vacate Deadlines in Order Regarding Initial Disclosures, Joint Status Report and Early Settlement (Dkt. #19). Having reviewed the papers filed in connection with this matter, the Court finds good cause to GRANT Amazon's Motion. The Court hereby vacates the following deadlines:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference | 5/15/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 5/22/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) | 5/29/2019 |

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION TO VACATE DEADLINES (2:18-CV-01399-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

and Local Civil Rule 26(f)

DATED this 5th day of June 2019.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon.com, Inc.*

By: *s/ James H. Wendell*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206)757-7700
    Email: BonnieMacNaughton@dwt.com
          JamieWendell@dwt.com

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION TO VACATE DEADLINES (2:18-CV-01399-RSM) - 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax