UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware corporation,

Plaintiff,

v.

HUANG TENGWEI, an individual; XIE WEIYONG, an individual; and ADSWING TECHNOLOGY, CO., LTD., a Hong Kong company,

Defendants.

No. C18-1399 RSM

ORDER GRANTING PLAINTIFF AMAZON.COM, INC.'S MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION

THIS MATTER came before the Court on Plaintiff Amazon.com, Inc.'s Motion for Leave to File Overlength Motion. Having considered Plaintiff's motion and finding good cause, the Court GRANTS Plaintiff leave to file a motion for default judgment not to exceed 23 pages.

DATED this 14th day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING AMAZON'S
MOTION TO FILE OVER-LENGTH MOTION
(2:18-CV-01399-RSM) - 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiff Amazon.com, Inc.*

By: *s/ James H. Wendell*
    Bonnie E. MacNaughton, WSBA #36110
    James H. Wendell, WSBA #46489
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: (206) 622-3150
    Fax: (206)757-7700
    Email: BonnieMacNaughton@dwt.com
           JamieWendell@dwt.com

[PROPOSED] ORDER GRANTING AMAZON'S
MOTION TO FILE OVER-LENGTH MOTION
(2:18-CV-01399-RSM) - 2